JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL GOMEZ, | ) NO. EDCV 15-1519-FMO (KLS) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| C. TAMPKINS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 27, 2015

_____/s/_____
Fernando M. Olguin
United States District Judge

JS-6

1